544 A.2d 446

**Edward H. HUSS and John J. Pavlock, Appellants,**

**v.**

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, Appellee.**

Supreme Court of Pennsylvania.

Argued Dec. 7, 1987.

Decided July 28, 1988.

James F. Kilcur, Philadelphia, for appellants.

Scott M. Olin, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

This appeal is dismissed as having been improvidently granted.